**Margaret STONER, Petitioner,**

v.

**UNITED STATES MARINE CORPS/ MCCS; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 04–2488.

United States Court of Appeals, Fourth Circuit.

Submitted April 29, 2005.

Decided May 26, 2005.

Margaret Stoner, Petitioner pro se. Mary L. Hostetter, United States Marine Corps, Quantico, Virginia; Michael John Denney, United States Department of Labor, Washington, D.C., for Respondents.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Margaret Stoner seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore disability benefits pursuant to 33 U.S.C. §§ 901–950 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Stoner v. United States Marine Corps.*, No. 04–0245 (BRB Nov. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*